THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

v.

NO. 5:20-CR-00030-001 (TES)

**EDDIE JEROME JAMES, JR.**

### ORDER

On August 3, 2021, the Court ordered that a summons be issued instructing the defendant to appear for a hearing to address alleged violations regarding the conditions of release.

On August 3, 2021, the defendant was arrested on a warrant issued in the Superior Court of Dooly County. That arrest makes the violation mentioned in the petition a moot point.

Therefore, it is the order of this Court that the Petition for Action on Conditions of Pretrial Release (CM/ECF Document No. 32) be dismissed.

SO ORDERED this 12th day of August, 2021.

CHARLES H. WEIGLE
U.S. MAGISTRATE JUDGE

Prepared by: DWS